UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH LAGUNA HERNANDEZ,<br><br>        Petitioner,<br><br>  v.<br><br>M.D. BITER, Warden,<br><br>        Respondent. | NO. EDCV 12-1034-GHK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:    3/24/15                    /s/ _____
                                                      GEORGE H. KING
                                          United States District Judge